IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BECHARD HODGIN,                                           Civil Action File No.

      Plaintiff,

v.

WALMART, INC.,

      Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW WALMART, INC. (erroneously named), named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WALMART, INC. in the Superior Court of Hart County, Georgia, which is within the Athens Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 20HV00469M. Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about November 23, 2020. Defendant WALMART, INC. received service of summons and a copy of the Complaint on

February 17, 2021. Defendant WALMART, INC. files this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Wal-Mart, Inc. is a Delaware corporation with its principal place of business in the State of Arkansas. Defendant Wal-Mart, Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter. The principal place of business for Wal-Mart, Inc. is 708 SW 8th Street, Bentonville, AR 72716.

4.

Bechard Hodgin is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

Plaintiff claims brain concussion syndrome, impaired vision, medical expenses, lost wages, pain and suffering, past and future medical expenses, and seeks in excess of $500,000 in damages (see Complaint paragraphs 4, 5, and ad damnum). The amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the Superior Court of Hart County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Hart County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WALMART, INC. prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Georgia, Athens Division.

                         McLAIN & MERRITT, P.C.

                         /s/ Howard M. Lessinger
                         Howard M. Lessinger
                         Georgia State Bar No. 447088

                         /s/ Ernest L. Beaton, IV
                         Ernest L. Beaton, IV
                         Georgia Bar No. 213044
                         Attorneys for Defendant
                         WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 365-4514
(404) 364-3138 (Fax)
hlessinger@mmatllaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on February 19, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record and to pro se Plaintiff Bechard Hodgin via US mail with proper postage affixed to:

Bechard Hodgin
357 Kristy Ct.
Bowersville, GA  30516

                                                McLAIN & MERRITT, P.C.

                                                /s/ Howard M. Lessinger
                                                Howard M. Lessinger
                                                Georgia State Bar No. 447088
                                                Attorneys for Defendant
                                                WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4514
hlessinger@mmatllaw.com