IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BECHARD HODGIN, | * |
| Plaintiff, | * |
| v. | Case No. 3:21-cv-15 (CDL) |
| | * |
| WAL-MART, INC., | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 5th day of November, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk